BEFORE THE SECOND DIVISION, MAY 5, 1955

**No. 59025.**—Greatrex, Ltd., and D. C. Andrews & Co., Inc., et al. *v.* United States, protests 225513–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited*, and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.

**No. 59026.**—Renault Selling Branch, Inc., and F. O. Nelson Co., Inc. *v.* United States, protest 228021–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of speedometers similar in all material respects to those the subject of *Industrial Operations, Inc.* v. *United States* (30 Cust. Ct. 82, C. D. 1500), except that the speedometers in the cited case were designed and intended for use as parts of motorcycles whereas those at bar are intended for use as parts of automobiles, the claim of the plaintiffs was sustained.